UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| DEBORAH A. RECHEIRT and | : | |
| STEPHEN J. REICHERT, | : | |
| | : | Case No. 19-12484 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on June 25, 2021, I caused a true and correct copy of the Debtor's Combined Motion (1) Pursuant To Sections 105 And 363 Of The Bankruptcy Code (A) Approving An Asset Sale Agreement And Authorizing The Sale Of The Debtors' Property Located At 122 E. 3rd Street, Pottstown, Pa Outside The Ordinary Course Of Business, (B) Authorizing The Sale Of Said Property Free And Clear Of All Liens, Claims, Encumbrances And Interests, And (2) Avoiding Certain Liens Under Section 506 Of The Bankruptcy Code to be served by first-class mail, postage prepaid, upon the following:

June 25, 2021                                By:*/s/ David B. Smith*
                                             David B. Smith, Esquire

## SERVICE LIST

AES/educn Sr
PO Box 61047
Harrisburg, PA 17106

AMCA/American Medical Collection Agency
2269 S. Saw Mill
Elmsford, NY 10523

BB&T
c/o Charles Schurr, Esq.
2640 Westview Drive
Reading, PA 19610

Comm of PA Dept of Revenue
Department 280946
Attn:  Bankruptcy Division
Harrisburg, PA 17128-0946

Credit Collection Service
Po Box 447
Norwood, MA 02062

Diane Boehret, Esquire
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

First Premier Bank
3820 N. Louisa Avenue
Sioux Falls, SD 57107

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Green Tree Servicing, LLC
7340 S. Kyrene Road
Recovery Dept. - T120
Tempe, AZ 85282

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Lvnv Funding
Po Box 1269
Greenville, SC 29602

Mardinly Industrial Power, LLC
701 Park Way
Broomall, PA 19008

Michelle Portnoff, Esquire
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

One West Bank FSB
888 E. Walnut Street
Pasadena, CA 91101

Pennsylvania Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432

Pottstown Borough Authority
100 E. High Street
Pottstown, PA 19464

Pottstown School District
PO Box 391
Norristown, PA 19401

Real Time Resolutions
1349 Empire Central Drive
Suite 150
Dallas, TX 75247

Robert Scott and Robin Scott
P.O. Box 546
Brinnon, WA 98320

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

US Bank N.A. c/o Wells Fargo
3476 Stateview Blvd.
Fort Mill, SC 29715

Wells Fargo Bank NA
2780 Lake Vista Drive
Lewisville, TX 75067

GSR Mortgage Loan Trust 2005-AR7
6200 S. Quebec Street
Greenwood Village, CO 80111

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

George M. Conway
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Keri P Ebeck, Esquire
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, STE. 3400
Philadelphia, PA 19102

Carol E. Momjian, Esquire
Office of the Attorney General
1600 Arch Street, Third Floor
Philadelphia, PA 19103

James Randolph Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

William E. Craig, Esquire
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057