Deborah A. Reichert & Stephen J. Reichert

Q2 2023 Post-Confirmation Report

WSFS Bank Account No. x8860 Transactions

April - June 2023

All    Accounts    Activity    Transfer    Bill Pay    External Transfer    Documents    Customer Service

## Account Activity  (Change Account)

**D/S PERSONAL BANK ACCOUNT, *8860**

Account information

Available
Current balance

| Last 60 Days | All Recent | Year To Date | Last Year | Search |

**All completed transactions from 04/01/2023 to 06/30/2023**

| Date | Number | Description | Amount |
|---|---|---|---|
| 06/28/2023 | | ELECTRONIC TRANSFER | 20,000.00 |
| 06/22/2023 | | SERVICE CHARGE | -6.00 |
| 06/22/2023 | | SERVICE CHARGE | -3.00 |
| 06/09/2023 | | SAFE DEPOSIT FEE | -60.00 |
| 06/08/2023 | | QUARTERLY FEE | -328.27 |
| 06/08/2023 | | ELECTRONIC TRANSFER | 200.00 |
| 06/08/2023 | | ELECTRONIC TRANSFER | 200.00 |
| 06/08/2023 | | RETURN ITEM | 60.00 |
| 06/07/2023 | | SAFE DEPOSIT FEE | -60.00 |
| 06/07/2023 | | ELECTRONIC TRANSFER | 50.00 |
| 06/06/2023 | | OD CHARGE | -35.00 |
| 06/06/2023 | | ELECTRONIC TRANSFER | 100.00 |
| 06/05/2023 | 502 | INCLEARING CHECK | -100.00 |
| 05/22/2023 | | SERVICE CHARGE | -3.00 |
| 05/16/2023 | 521 | INCLEARING CHECK | -2,871.00 |
| 05/16/2023 | 517 | INCLEARING CHECK | -5,639.50 |

| Date | Check # | Description | Amount |
|---|---|---|---|
| 05/08/2023 | | ELECTRONIC TRANSFER | 300.00 |
| 05/04/2023 | | ELECTRONIC TRANSFER | 100.00 |
| 05/03/2023 | 515 | INCLEARING CHECK | -440.25 |
| 05/03/2023 | 516 | CASHED CHECK | -136.00 |
| 05/02/2023 | | ELECTRONIC TRANSFER | 450.00 |
| 04/27/2023 | | ELECTRONIC TRANSFER | 200.00 |
| 04/26/2023 | 570 | CASHED CHECK | -136.00 |
| 04/24/2023 | 514 | INCLEARING CHECK | -80.00 |
| 04/22/2023 | | SERVICE CHARGE | -3.00 |
| 04/18/2023 | 512 | INCLEARING CHECK | -5,639.50 |
| 04/17/2023 | 511 | INCLEARING CHECK | -60.00 |
| 04/13/2023 | | JOSEPH M VIRGULTI DMD | -273.00 |
| 04/12/2023 | 513 | INCLEARING CHECK | -141.75 |
| 04/11/2023 | | ELECTRONIC TRANSFER | 5,800.00 |
| 04/07/2023 | | ELECTRONIC TRANSFER | 500.00 |
| 04/06/2023 | 510 | INCLEARING CHECK | -254.40 |
| 04/05/2023 | 509 | CASHED CHECK | -50.00 |

Page 1 of 1

Transactions that are pending are listed as "in-process" and do not represent the final posting order. These transactions are deducted fr available balance, except for Visa Authorizations. Visa Authorizations will reduce your running balance, but not your available balance u transaction is processed. Once the overnight processing is complete, the current balance will reflect all of processed transactions.

Have questions?
Please contact us at wsfsonlinebanking@wsfsbank.com or 1-866-305-9038.
7am to 7pm Monday - Friday
9am to 3 pm Saturday & Sunday
Member FDIC I NMLS #417673

